**Not for Publication in West's Federal Reporter**
**Citation Limited Pursuant to 1st Cir. Loc. R. 32.3**

# United States Court of Appeals
## For the First Circuit

No. 05-1919

JAMES M. DELUCIA,

Plaintiff, Appellant,

v.

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

Defendant, Appellee.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. F. Dennis Saylor, IV, U.S. District Judge]

Before

Boudin, Chief Judge,
Campbell and Stahl, Senior Circuit Judges.

Michael J. Kelley on brief for appellant.
Michael J. Sullivan, United States Attorney and Anita Johnson,
Assistant U.S. Attorney, on brief for appellee.

March 17, 2006

**Per Curiam**. After carefully considering the briefs and record on appeal, we affirm for substantially the reasons stated by the district court.  Substantial evidence supported the ALJ's determination that the appellant's pain and visual impairments engendered no severe, nonexertional limitation.  Heggarty v. Sullivan, 947 F.2d 990 (1st Cir. 1991); Oritz v. Sec'y Health & Human Serv., 890 F.2d 520 (1st Cir. 1989).  Although the medical record for the insured period documented pain and severe impairment, it documented no severe, nonexertional limit.  Moreover, the ALJ could reasonably conclude that the appellant's activities were inconsistent with any such limitation.  Substantial evidence supported the decision.  Rodriquez v. Sec'y Health & Human Serv., 647 F.2d 218 (1st Cir. 1981).

Affirmed. 1st Cir. R. 27(c).